1  PATRICIA L. McCABE
   California State Bar No. 156634
2  7100 Hayvenhurst Avenue, Suite 314
   Van Nuys, CA 91406
3  Telephone: (818) 907- 9726
   Facsimile: (818) 907-6384
4  E-mail: PLMCCABE@aol.com

5  Attorney for Plaintiff,
   GIOVANNI ANTONETTI

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| GIOVANNI ANTONETTI, | ) | No.:  CV 06-04258 RNB |
| Plaintiff, | ) | |
| v. | ) | [proposed] ORDER FOR AN AWARD OF ATTORNEY'S FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA) |
| JO ANNE B. BARNHART[1], Commissioner, Social Security Administration, | ) ) ) ) | |
| Defendant. | ) | Magistrate Judge:  ROBERT N. BLOCK |

Based upon the parties' Stipulation for Award of EAJA Fees (Stipulation), IT IS ORDERED that Plaintiff's Counsel, as Plaintiff's assignee, shall be awarded attorney fees under the Equal Access to Justice Act (EAJA) in the amount FOUR THOUSAND AND HUNDRED ($3,200.00), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

IT IS SO ORDERED.

Date: December 8, 2008

_____
ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE

---

[1] Michael J. Astrue succeeded Jo Anne B. Barnhart as the Commissioner of Social Security on February 12, 2007.